O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MARTINEZ-TOVAR, | Case No. CV 14-2259 DMG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 30, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE